**Appeal Reinstated; Order filed April 14, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00160-CV
_____

**MISHA FERGUSON, Appellant**

**V.**

**THE ENCLAVE AT COPPERFIELD, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1057001**

---

## ORDER

On February 20, 2015, appellant filed a notice of appeal from a judgment signed January 21, 2015. On March 12, 2015, appellant filed a docketing statement and an affidavit of indigence in this court. *See* Tex. R. App. P. 20.1(h). When the affidavit of indigence is filed with the appellate court, the appellate court clerk must send a copy of the affidavit to the trial court clerk and court reporter and include a notice stating the deadline for filing a contest to the affidavit. Tex. R. App. P. 20.1(d)(2). Accordingly, on March 16, 2015, the clerk of this court sent

appellant's affidavit of indigence to appellee, the trial court clerk, and the court reporter, and notified them that any contest was required to be filed within 10 days. *See id.* On March 26, 2015, appellee filed a contest to appellant's affidavit.

Texas Rule of Appellate Procedure 20.1 provides that the appellate court may refer a contest of indigency to the trial court with instructions to hear evidence and grant the appropriate relief. Tex. R. App. P. 20.1(h)(4). On April 2, 2015, this court abated the appeal and directed the trial court to hear and decide the contest and have a supplemental record filed containing the trial court's ruling on the contest. On April 9, 2015, the requested record was filed. The record contains the trial court's order signed April 6, 2015, denying the contest to appellant's affidavit of inability to pay costs and ordering that appellant may proceed in forma pauperis.

Therefore, we order the appeal **REINSTATED.** Appellant may proceed on appeal without the advance payment of costs. *See* Tex. R. App. P. 20.1(i). We further order the that official court reporter, **Laura M. Cutherell**, is ordered to file the reporter's record in this appeal on or before **May 18, 2015,** subject to any reasonable request for an extension of time that may be granted.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.